1056

No. 00-9339. TARAN *v.* CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9341. BANKS *v.* MID-STATES ELECTRIC. C. A. 6th Cir. Certiorari denied.

No. 00-9343. SINGLETON *v.* DAHLBERG, ACTING SECRETARY OF THE ARMY. C. A. 11th Cir. Certiorari denied.

No. 00-9376. HALL *v.* CLINTON, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-9401. PAGE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00-9412. SAMPSON *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 00-9414. SAULSGIVER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00-9425. JONES *v.* THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00-9435. PICKARD *v.* ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9453. DUNLAP *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9457. DIAZ *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00-9460. SMIALEK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00-9477. HOOVER *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 00-9489. BUTLER *v.* CRAVEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9499. BAPTISTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.